UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHALAWN BROWN, *et al.*,

        Plaintiffs,

    v.

ROYAL POWER MANAGEMENT INC., *et al.*,

        Defendants.
_____/

No. C-11-4822 EMC

**ORDER RE PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiffs shall supplement its response to the Order to Show Cause by proving under declaration of penalty or perjury the specific factual bases for their belief for each of points 1) a. through f. on page two of their response. The supplemental response shall be filed by January 13, 2012.

    IT IS SO ORDERED.

Dated: January 4, 2012

_____
EDWARD M. CHEN
United States District Judge